NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL GEORGE JAKEWAY,                   )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-543
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Pinellas
County; Paul A. Levine, Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


            Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.